No. 84–768.   ALLSTATE INSURANCE CO. ET AL. *v.* BAKSALARY ET AL.   Appeal from D. C. E. D. Pa.   Motion of appellees for leave to proceed *in forma pauperis* granted.   Appeal dismissed for want of jurisdiction.   JUSTICE BRENNAN and JUSTICE STEVENS would affirm the judgment.